# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:12-CV-003-RLV-DCK

| | |
|---|---|
| MARY AMANDA ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Counsel for Plaintiff's Motion For Attorney's Fees Under 42 U.S.C. §406(b)" (Document No. 37) filed January 30, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting no objection from Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Counsel for Plaintiff's Motion For Attorney's Fees Under 42 U.S.C. §406(b)" (Document No. 37) is **GRANTED**.

**SO ORDERED**.

Signed: February 7, 2018

David C. Keesler
United States Magistrate Judge